# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Gary Harnson, )
  PLAINTIFF )
[Type or print your name on the line above] )
 )
 )
 )
v. ) **2 . 15 C V   3 7**
 )
Officer J. Jaques and ) Cause No. _____
  DEFENDANT etc. ) [Leave this blank, the clerk will
[Type or print only the name of the first ) supply the cause number when
person you are suing. List everyone you ) your case is received.]
are suing on page 2.] )

**COMPLAINT**
**42 U.S.C. § 1983**

- FILED -

JAN 30 2015

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. ___Gary___   ___Joe___   ___Harnson___
   Name: First      Middle        Last

2. What is your address: 3847 Roche St. Hobart Indiana 46342

Phone number (708) 864-1488

B. DEFENDANT(S) How many defendants are you suing: _____

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

(Revised May 2, 2006)

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1. | Captain Morris | Captain of Griffith Police Dept. | |
| 2. | Jeff Bans | Lieutenant of Griffith Police Dept. | |
| 3. | Greg Mance | Chief of Griffith Police Dept. | |
| 4. | D. Borgetti | Office of the Law at Griffith Police Dept. | |
| 5. | St. Catherine Hospital | | |
| 6. | Dr. Allison O'Keefe | St. Catherine Hospital | |

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. Jason Jaques assigned as police officer used excessive force causing serious bodily injury at the Griffith Police Station, violated plantiffs rights under 42 U.S.C.A. 1983 and civil rights act of 1964 § 701 to 718, as amended 42 U.S.C.A. §2000(E) to 2000(E)17 title VII forbids discrimatory based upon disability is strictly prohibited to POLICE BRUTALITY, EXCESSIVE FORCE with serious bodily injury under Code 35-41-1-25 as well as battery under Indiana code 35-42-2-1.5 illegal police procedures neglects to safety and case, failed to obey their Griffith Police own guidelines, procedures and policies for a disabled mentally ill person trying to take his own life.

Chief Greg Mance — Same please refer to following

2. Captain Morris — employed at the Griffith Police Station in Griffith Indiana is assigned as captain, could have prevented himself from allowing conspiracy to cover up the action of his peers employees by violation of plantiff rights under 42 U.S.C.A. 1983 and civil rights act of 1964 §701 to 718, as amended 42 U.S.C.A. §2000(E) to 2000E-17 title VII forbids discrimatory 2 based upon disability is strictly prohibited to POLICE BRUTATILITY, EXCESSIVE FORCE with serious bodily injury under code 35-41-1-25 as well as battery under code 35-42-2-1.5 illegal police procedures neglects to safety and case

Continued →

Cause(s) of Action with Supporting Facts (continued)

Jeff Bang - employed at Griffith Police Dept. as Lieutenant who could have prevented himself from allowing conspiracy to cover actions up of his peers and employers.

D. Borgetti - assigned as police officer used excessive force when transporting plantiff from hospital back to police station and broke plantiff's tooth causing permanent bodily injury to a disabled person, neglected to follow policy and procedure for transporting an injured person.

St. Catherine Hospital - Neglect, failed to have properly guidelines and policies and procedures for an injured disabled person.

Dr. Allison O'Keefe - employed at St. Catherine Hospital mental facility in Hammond Indiana assigned as doctor and who had a chance to evaluate plantiff who denied him medical attention care who was later x-rayed and was for his hand was left neglected broken for the time period of the stay at St. Catherine

### III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
☐ NO   ☐ YES – [Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]

Court: _____

Judge: _____   Docket Number: _____

Date filed: _____   Date closed: _____

### IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

1. Nominal Damages, to jurisdiction over the defendants thruout Plantiff complaint in the sum of $200.00

2. Punitive Damages, to conspiracy to cover up the illegal activity to plantiff on disability act under title VII forbids discrimatory asking for relief of one point five million dollars ($1,500,000.00)

3. Compensatory Damages - serious bodily injury and loss of use of left hand, serious disfigurement with extreme pain and suffering, police brutality and excessive force I am asking for relief in the amount of fifteen million ($15,000,000) and for physical and emotional depression ($15,000,000)

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_GH_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_GH_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_GH_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_GH_ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_GH_ I agree to promptly notify the clerk of any change of address.

_GH_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_GH_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this _____ day of _____30_____, 20_15_.

_Gary Harrison_
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

4